MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dean J. Groulx, Esq. and Law Offices of Dean J. Groulx, P.C.

Plaintiff(s),

Case No. 3:20-cv-10464

v.

Judge Robert H. Cleland

David MacDonald, Confederation Technologies, Inc., and Confederation Holdings, Inc.

Magistrate Judge David R. Grand

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Law Offices of Dean J. Groulx, P.C.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 20, 2019     Signature: /s/ Paul L. Nine

Bar No: P18307
Firm Name (if applicable): Paul L. Nine & Associates, P.C.
Address 1: 100 W. Long Lake Road Suite 102
Address 2:
City, State  Zip Code: Bloomfield Hills, MI 48304-2773
Telephone No: (248) 644-5500
Primary Email Address: office@paulninepc.com