UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEAN J. GROULX, ESQ., a Michigan citizen, and LAW OFFICES OF DEAN J. GROULX, P.C., a Michigan professional corporation, | ) ) ) ) |
| | ) Case No. 3:20-cv-10464 |
| Plaintiffs, | ) |
| | ) Hon. Robert H. Cleland |
| v. | ) Magistrate: David R. Grand |
| | ) |
| DAVID MacDONALD, a Prince Edward Island Canada citizen, CONFEDERATION TECHNOLIGIES INC., a Price Edward Island Canada corporation, and CONFEDERATION HOLDINGS INC., a Price Edward Island Canada corporation, jointly and severally, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE STATEMENT**
**FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Law Offices of Dean J. Groulx, P.C. hereby states that it does not have a parent corporation and there is not any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Paul L. Nine
Paul L. Nine (P18307)
Paul L. Nine & Associates, P.C.
100 W. Long Lake Road, Suite 102
Bloomfield Hills, MI 48304-2773
(248) 644-5500
office@paullninepc.com
Attorneys for Plaintiffs