# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEAN J. GROULX, ESQ. and LAW OFFICES
OF DEAN J. GROULX, P.C.,

    Plaintiffs / Counter-Defendants,    Case No. 3:20-10464-RHC-DRG
                                                                            Hon. Robert H. Cleland
v.                                                                                  Mag. Judge David R. Grand

CONFEDERATION TECHNOLOGIES INC.,
CONFEDERATION HOLDINGS INC., and
DAVID MacDONALD,

    Defendants / Counter-Plaintiffs.

---

## STIPULATED FINAL ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully informed;

IT IS ORDERED that all claims and counterclaims that were raised or could have been raised in this action shall be, and hereby are, dismissed with prejudice and without costs to any party. The parties will bear their own respective fees and costs.

THIS IS A FINAL ORDER AND CLOSES THE CASE.

IT IS SO ORDERED.

                                          s/Robert H. Cleland
                                          Hon. Robert H. Cleland

Dated: July 29, 2020

STIPULATED AS TO FORM AND CONTENT:

/s/ *Paul L. Nine w/ perm.*
Paul L. Nine
Counsel for Plaintiffs / Counter-Defendants

/s/ *Mark C. Vanneste*
Mark C. Vanneste
Counsel for Defendants / Counter-Plaintiffs